1 Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
2 **WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
3 Beverly Hills, CA 90210
Telephone: 310/208-2800
4 Facsimile:  310/209-2348

5 *Attorneys for Plaintiff*

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| STEPHEN BUSHANSKY, | ) Case No.  20-cv-00113-WQH-AGS |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) **NOTICE OF VOLUNTARY** |
|  | ) **DISMISSAL** |
| INSTRUCTURE, INC., JOSH COATES, | ) |
| DAN GOLDSMITH, STEVEN A. | ) |
| COLLINS, WILLIAM M. CONROY, | ) |
| ELLEN LEVY, KEVIN THOMPSON, and | ) |
| LLOYD G. WATERHOUSE, | ) |
|  | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| Dated: May 20, 2020 | **WEISSLAW LLP**<br>Joel E. Elkins<br><br>By: _____<br><br>Joel E. Elkins<br>9107 Wilshire Blvd., Suite 450<br>Beverly Hills, CA 90210<br>Telephone:  310/208-2800<br>Facsimile:   310/209-2348<br>        -and-<br>Richard A. Acocelli<br>1500 Broadway, 16th Floor<br>New York, NY  10036<br>Telephone: 212/682-3025<br>Facsimile:  212/682-3010<br><br>*Attorneys for Plaintiff* |